**O**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL S. IOANE,                )<br>                Petitioner,     )<br>                                )<br>        vs.                     )<br>RICHARD B. IVES,                )<br>                Respondent.     )<br>_____) | CASE NO. CV 13-00914 GHK (RZ)<br><br>JUDGMENT |

      This matter came before the Court on the Petition of MICHAEL S. IOANE for a writ of habeas corpus.  Having reviewed the Petition and supporting papers, and having accepted the Report and Recommendation of the United States Magistrate Judge,

      IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED:  5/20/13

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE